Roger Pelland #187064 H-4-112
Taylor Correctional Institution
8515 Hampton Springs Rd
Perry Florida 32348

Clerk U.S. District Court
John Joseph Moakley
U.S. Courthouse Way
Suite 2300
Boston MA 02210

Date: 6/15/05
Re: Federal Habeas Corpus
And Fee: Etc.

CA 05-11242 NMG

Dear Clerk:

On 6/9/05 I forwarded for submittal a 28 U.S.C. 2254 unfortunately I had not forwarded the fee because the letter 5/13/05 requesting local rules had not arrived yet. I received it yesterday noticed the $5.00 fee.

As I am released from FLA. D.O.C. today; last evening I wrote a letter to Andrews Federal Credit Union and they will be forwarding the payment to you.

Also, please note my address will be changing. (New address unknown) and as soon as I reach the new destination, which will be in control by a Massachusetts warrant, therefore actually is unknown. I will forward said address as soon as I know what it is.

Any further information necessary, or contact should be delayed for a few days (I would assume by 20th I will arrive at a permanent institution or facility and 2-3 days for mail would be approximately the 23rd when you will have a change of address)

Your time, effort, and consideration is greatly appreciated.

Thank You
Roger Pelland
Roger Pelland

P.S. Please note I filled your cover sheet out to the best of my ability — please advise Fed R. Civ P not available to me (Enclosed JS-44) (Appendix C-0)