UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROGER PELLAND,                          )
                                       )
              Petitioner,              )
                                       )
         v.                            )
                                       )    C.A. No. 05-11242-NMG
JAMES CROSBY, Secretary Fla.           )
Dept. of Corr.; FLA. PAROLE            )
COMMISSION; MASS. SEC. DEPT.           )
OF CORR. AND PAROLE BOARD,             )
                                       )
              Respondents.             )

<u>ORDER OF DISMISSAL</u>

In accordance with the Memorandum and Order dated June 30, 2005, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

July 1, 2005                    By the Court,

                                <u>/s/ Jeanette McGlamery</u>
                                Deputy Clerk