In the  U.S. DISTRICT  Court
In and for BOSTON DIV

ROGER PELLAND                                    Case # 05-11242 NMG
                PETITIONER

Vs.

JAMES CROSBY SEC. FLA. D.O.C.
FLORIDA PAROLE COMMISSION AFTER 6/15/05
COMMONWEALTH OF MASS. SEC. DEPT. OF CORR.
AND PAROLE BOARD
            RESPONDENT

Notice of: Change of Address

Notice is hereby given from ROGER PELLAND Pro Se Litigant in the above styled cause that the address for the defendant in the above case # has changed

From: # 1    D87064  H/205L DC# Bunk#
             TAYLOR  Correctional Institution
             8515 HAMPTON (Address) SPRINGS RD.
             PERRY, FL  City, State
             32348  Zip

To: #2       W-57794 / E-2 348 DC# Bunk#
             M.A.  Correctional Institution
             P.O. BOX 9106 Address
             CONCORD, MA City, State
             01742-9106 Zip

    Please make all necessary changes in your records and forward all documents pleadings ECT to #2 unless otherwise advised
This 21ST Day of JULY 2005

                        Respectfully Submitted
The date of transfer was the 15TH Day of JUNE 2005
                        Thank You  Roger Pelland

1